# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LARRY FARLOW**  **PLAINTIFF**
**#890598**

v.  Case No. 4:22-CV-01204-LPR

**McFADDEN, Sheriff Officer, Pulaski**
**County Detention Facility, et al.**  **DEFENDANTS**

## ORDER

On November 28, 2022, Plaintiff Larry Farlow, an inmate at the Pulaski County Detention Facility, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983.[1] On December 2, 2022, the Court ordered Mr. Farlow to, within 30 days, either (1) return a completed *in forma pauperis* application, including an accompanying affidavit and jail account information sheet, or (2) pay the $402.00 filing and administrative fees.[2] The Court warned Mr. Farlow that failure to comply with the Order may result in the dismissal of his Complaint.[3] Mr. Farlow has not complied with, or otherwise responded to, the December 2, 2022 Order. The time for doing so has expired.

Mr. Farlow's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure.[4] The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

---

[1] Compl. (Doc. 1) at 1, 6.

[2] Order (Doc. 2). The December 2 Order was entered by United States Magistrate Judge Patricia S. Harris. *Id.*

[3] *Id.*

[4] *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (district courts have power to dismiss *sua sponte* under Rule 41(b)).

IT IS SO ORDERED this 2nd day of March 2023.

                                                                                _____
                                                                                LEE P. RUDOFSKY
                                                                                UNITED STATES DISTRICT JUDGE